## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Victorino Castillo, <br><br> Plaintiff(s) <br> v. <br><br> Richie Gov, et al., <br><br> Defendant(s). | 2:17-cv-03062-MWF-RAO <br><br><br> **MEDIATION REPORT** |

***Instructions:*** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): September 22, 2017 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☐ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15.5(b).
      ☑ Plaintiff or plaintiff's representative failed to appear.
      ☐ Defendant or defendant's representative failed to appear.
      ☐ Other:

3. Did the case settle?
   ☑ Yes, fully, on September 22, 2017 (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   _____.

Dated: September 22, 2017

/s/
Signature of Mediator

Gail Killefer
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*

ADR-03 (03/17) **MEDIATION REPORT** Page 1 of 1