JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORINO CASTILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHIE GOV d/b/a POP'S COIN LAUNDRY; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. **2:17-cv-3062 MWF (RAOx)**<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:　April 24, 2017<br>Trial Date:　　　　None |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and with prejudice as to each and all of Plaintiff Victorino Castillo's claims and causes of action as alleged in the above-referenced action.

2. The parties are to bear their respective costs, fees, attorneys' fees, and expenses.

**IT IS SO ORDERED.**

Dated: October 11, 2017

_____
United States District Judge